COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-131-CR

PATRICK KENDALL HAYES APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY CRIMINAL COURT NO. 1 OF 
DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure.  
Tex. R. App. P.
 
42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  
See 
Tex. R. App. P.
 
42.2(a), 43.2(f). PER CURIAM

PANEL: 
 GARDNER
, WALKER
, and 
MCCOY
, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 
47.2(b)

DELIVERED: November 5, 2009
 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 
47.4.